| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | **BURSOR & FISHER, P.A.**<br>Frederick J. Klorczyk III (State Bar No. 320783)<br>1330 Avenue of the Americas, 32nd Fl.<br>New York, New York 10019<br>Telephone: (646) 837-7150<br>Facsimile: (212) 989-9163<br>E-Mail: fklorczyk@bursor.com<br><br>*Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ONN, individually and on behalf of all others similarly situated,<br><br>                         Plaintiff,<br><br>     v.<br><br>PACIFIC COAST PRODUCERS,<br><br>                         Defendant. | Case No.: 5:23-cv-03524-BLF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Plaintiff Daniel Onn voluntarily dismisses his claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 8, 2023    **BURSOR & FISHER, P.A**.

By: ___/s/ *Frederick J. Klorczyk III*___

Frederick J. Klorczyk III (State Bar No. 320783)
1330 Avenue of the Americas, 32nd Fl.
New York, New York 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: fklorczyk@bursor.com

*Attorneys for Plaintiff*